UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LEONARD NACAJ                                    :

        Plaintiff,                          17 Civ. 3156 (RMB)(AJP)

                                                 :

        -against-

                                                 :  **ORDER OF DISMISSAL ON CONSENT**

SOLOL MANAGEMENT, LLC, et al.,
                                                 :

        Defendants.                         x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties and transcribed by the court reporter on September 20, 2017, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs provided, however, that the Court retains jurisdiction pursuant to the terms of the settlement agreement.  Any pending motions are to be terminated as moot and all conferences are cancelled.  For the reasons stated on the transcript, the Court finds the settlement to be fair and reasonable to the plaintiff under the Second Circuit's Cheeks decision.

        SO ORDERED.

DATED:    New York, New York
               September 20, 2017

                                                                      _____
                                                                    **Andrew J. Peck**
                                                                      United States Magistrate Judge

Copies **ECF** to:     All Counsel
                        Judge Berman

C:\ORD\DISMISS